UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Roy Douville,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Lexington Law Firm,<br><br>　　　　　　　Defendant. | Civil Action No.: 1:14-cv-00245-DLH |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Lexington Law Firm without prejudice and without costs or fees to any party.

| Roy Douville | Lexington Law Firm |
|---|---|
| ___/s/ Ruth M. Allen_____ | ___/s/ Nancy V.Z. Stewart_____ |
| Ruth M. Allen, Esq.<br>Bar Number: 34739<br>7413 Six Forks Road, Suite 326<br>Raleigh, NC  27615<br>Tel: (855) 301-2100 Ext. 5536<br>Fax: (888) 953-6237<br>Email: rallen@lemberglaw.com<br>Attorney for Plaintiff | Nancy V.Z. Stewart<br>201 South College Street, Suite 2020<br>Charlotte, NC 28244-2020<br>Tel: (704) 344-1117<br>Email: nstewart@lawhssm.com<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015 a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*
Ruth M. Allen, Esq.